UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DANNIELLE AMICA ORTEGA,<br><br>Debtors.<br>———————————————<br>DANIELLE AMICA ORTEGA,<br><br>    Appellant,<br><br>    v.<br><br>NIKKI B. FARRIS,<br><br>    Appellee. | District Case No. 2:23-cv-02909-DJC<br><br>Bankr. Case No. 23-90515-E-7<br><br><br><br><br><br>ORDER |

Appellant Dannielle Amica Ortega originally filed the present Bankruptcy Appeal on December 12, 2023.  Subsequently, Appellant filed a Motion to Dismiss the present action.  In this motion Appellant seeks to voluntarily dismiss the appeal, stating that the motion is a "formal request . . . to dismiss the appeal and any/all remaining requests, actions, etc pertaining to the automatic stay regarding my eviction . . . ."[1]  (ECF No. 4 at 1.)  Appellee has not opposed this motion.

///

///

---

[1] Appellant also indicates in the motion that there exists some issue with filing fees owed to the Bankruptcy Court and unacknowledged fee waivers.  (*See* ECF No. 4 at 1.)  This issue should be addressed with the Bankruptcy Court and is not appropriately before the District Court in this appeal.

1

Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 8023(b), IT IS HEREBY ORDERED that Appellant's Motion to Dismiss is GRANTED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 6, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – ortega23cv02909.Bankr_Appeal